# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN GRABOWSKI, individually and on behalf of similarly situated individuals, | )<br>)<br>) |
| *Plaintiff*, | ) No. 24-cv-02824 |
| v. | )<br>) Hon. LaShonda A. Hunt |
| LONE WOLF SOFTWARE, INC. d/b/a INCEPTION TECHNOLOGIES, a California corporation, | )<br>)<br>)<br>) |
| *Defendant*. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Grabowski ("Plaintiff") hereby voluntarily dismiss this action without prejudice.

1. On February 23, 2024, Plaintiff filed his Class Action Complaint against Defendant Lone Wolf Software, Inc. d/b/a Inception Technologies ("Defendant") in the Circuit Court of DuPage County, Illinois. (Dkt. 1).

2. On April 8, 2024, Defendant removed the action to this Court. (Dkt. 1).

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or motion for summary judgment. Defendant has neither answered Plaintiff's Class Action Complaint nor served a motion for summary judgment.

4. Accordingly, Plaintiff hereby voluntarily dismisses this action without prejudice as to all claims asserted by Plaintiff and the putative class.

Dated: May 3, 2024                                    Respectfully submitted,

                                                      JOHN GRABOWSKI

                                              By:     /s/ Timothy P. Kingsbury
                                                      *One of Plaintiff's Attorneys*

Timothy P. Kingsbury
Joseph Dunklin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingsbury@mcgpc.com
jdunklin@mcgpc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Timothy P. Kingsbury