## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Grabowski

                                                        Plaintiff,

v.                                                                      Case No.:
                                                                        1:24−cv−02824

                                                                        Honorable
                                                                        LaShonda A. Hunt

Lone Wolf Software, Inc. d/b/a Inception
Technologies

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 6, 2024:

    MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Fed. R. Civ.
P. 41(a) and Plaintiff's Notice of Voluntary Dismissal [14], this action is being dismissed
without prejudice as to all claims asserted by Plaintiff and the putative class. All pending
motions and deadlines are terminated as moot. Civil case terminated. Civil case
terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.